# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TARI ANN MURALIDHARAN, <br><br> Defendant. | Case No.: 18CR0110-DMS <br><br> ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE |

Upon motion of the United States of America and good cause appearing,

As to Defendant TARI ANN MURALIDHARAN, it is hereby ordered that the INFORMATION in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: November 14, 2018

Hon. Dana M. Sabraw
United States District Judge